```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 05205
   THEODORE BROWN
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

      Debtor
   SSN XXX-XX-8298

-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 03/05/2008 and was not confirmed.

     The case was dismissed without confirmation 04/28/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED        337.72          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED       1790.48          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED       2341.05          .00           .00
PRO SE DEBTOR              DEBTOR ATTY        .00                         .00
TOM VAUGHN                 TRUSTEE                                        .00
DEBTOR REFUND              REFUND                                         .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       --------------        --------------
TOTALS                     .00                    .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 07/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```